**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re:  BORIS EYDINOV                          §   Case No. 22-10182-JEB
                                               §
                                               §
                                               §
              Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/17/2022. The undersigned trustee was appointed on 02/18/2022.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized the gross receipts of        $     2,846,829.03

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 363,800.00 |
| Administrative expenses | 873,979.82 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 1,609,049.21 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 09/06/2022 and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $108,654.87. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $108,654.87, for a total compensation of $108,654.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2024   By: /s/ Mark G. DeGiacomo
                                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-10182-JEB
Case Name: BORIS EYDINOV
For Period Ending: 05/09/2024

Trustee Name: (410420) Mark G. DeGiacomo
Date Filed (f) or Converted (c): 02/17/2022 (f)
§ 341(a) Meeting Date: 03/29/2022
Claims Bar Date: 09/06/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household Goods - furnished apartment - most furniture owned by landlord estimated sale value | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Iphone - estimated sale value | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. men's wearing apparel - estimated sale value | 500.00 | 0.00 | | 0.00 | FA |
| 4 | One watch - estimated sale value | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 2 cats - no sale value | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Cash | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Transfer of Falmouth Property (u) | 0.00 | 200,000.00 | | 640,183.68 | FA |
| 8 | Interests in Company - Lynn ADHC (u) | 0.00 | 200,000.00 | | 915,419.52 | FA |
| 9 | VOID | VOID | VOID | VOID | VOID | VOID |
| 10 | Interest in Company- East Point ADCC (u) | 0.00 | 200,000.00 | | 1,279,200.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 12,025.83 | Unknown |
| 11 | **Assets Totals (Excluding unknown values)** | **$1,450.00** | **$600,000.00** | | **$2,846,829.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 07/31/2022           **Current Projected Date Of Final Report (TFR):** 05/09/2024 (Actual)

UST Form 101-7-TFR (5/1/2011)

Form 2 — **Cash Receipts And Disbursements Record**

Exhibit B
Page: 1

| Case No.: | 22-10182-JEB | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | BORIS EYDINOV | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1919 | Account #: | ******6619 Checking Account |
| For Period Ending: | 05/09/2024 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 18,469.52 | | 18,469.52 |
| 06/29/23 | {10} | East Point Adult Day Care Center | Distribution to Owner AP 23-1006 | 1241-000 | 47,500.00 | | 65,969.52 |
| 08/01/23 | {10} | East Point ADCC | Distribution to Owners AP 23-1006 | 1241-000 | 40,488.00 | | 106,457.52 |
| 08/01/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 37,500.00 | | 143,957.52 |
| 08/15/23 | 101 | International Sureties, Ltd. | Bond # 612419113  8/1/2023 to 8/1/2024 | 2300-000 | | 149.11 | 143,808.41 |
| 08/22/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 37,500.00 | | 181,308.41 |
| 09/12/23 | {10} | East Point Adult Day Care Center | Distribution to Owners AP 23-1006 | 1241-000 | 25,000.00 | | 206,308.41 |
| 09/12/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 18,750.00 | | 225,058.41 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 22.75 | 225,035.66 |
| 10/24/23 | {10} | East Point ADCC | Distribution to Owners AP 23-1006 | 1241-000 | 6,912.00 | | 231,947.66 |
| 10/24/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 18,750.00 | | 250,697.66 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 52.39 | 250,645.27 |
| 11/15/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -75.14 | 250,720.41 |
| 11/16/23 | {10} | East Point ADCC | Distribution to Owners AP 23-1006 | 1241-000 | 25,000.00 | | 275,720.41 |
| 11/16/23 | {8} | Lynn ADHC | Distribution to Owners AP 23-1006 | 1241-000 | 18,750.00 | | 294,470.41 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 113.95 | 294,356.46 |
| 12/12/23 | {7} | Christopher Olson | deposit on sale of real estate | 1241-000 | 10,000.00 | | 304,356.46 |
| 12/12/23 | {7} | Ken Olson | deposit on sale of real estate | 1241-000 | 5,000.00 | | 309,356.46 |
| 12/12/23 | {7} | Ken Olson | deposit on sale of real estate | 1241-000 | 5,000.00 | | 314,356.46 |
| 12/22/23 | {7} | Viera & Gianfilippo | INCOMING WIRE FROM VIEIRA & DI GIANFILIPPO LTD 717 47082 | 1241-000 | 620,183.68 | | 934,540.14 |
| 12/27/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -113.95 | 934,654.09 |
| 12/29/23 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 754.05 | | 935,408.14 |
| 01/02/24 | 102 | Yuriy Lande and Elena Lande | Payoff re: sale Rivers Edge Road | 4110-000 | | 363,800.00 | 571,608.14 |
| 01/02/24 | 103 | Rivers Edge Association | Association Fees - 65 Rivers Edge Road | 2500-000 | | 1,200.00 | 570,408.14 |
| 01/04/24 | 104 | Town of Falmouth | Final Water Bill  Account 58 0576Z - 65 Rivers Edge Road | 2500-000 | | 156.97 | 570,251.17 |
| 01/04/24 | | TriState Capital Bank | December 2023 interest transferred to xxxxxx2930 | 1270-000 | -754.05 | | 569,497.12 |
| 02/06/24 | 105 | PAUL E. SAPERSTEIN CO., INC. | Fees and Expenses | | | 13,671.59 | 555,825.53 |
| | | | Auctioneer Fee  $10,629.59 | 3610-000 | | | |
| | | | Auctioneer Expenses  $3,042.00 | 3620-000 | | | |
| 03/05/24 | 106 | Thomas Hulien, Esq. | Interest per Settlement | 3991-000 | | 5,937.91 | 549,887.62 |
| 03/05/24 | 107 | DSG Law as Attorney for Alexander Eydinov | payment per Settlement | 3991-000 | | 215,000.00 | 334,887.62 |
| 03/21/24 | 108 | JAMS | Mediator Fee | 3721-000 | | 21,307.24 | 313,580.38 |
| 03/27/24 | | To Account #******2930 | transfer to MM | 9999-000 | | 313,580.38 | 0.00 |
| | | | | Page Subtotals: | $934,803.20 | $934,803.20 | |

{ } Asset Reference(s)       UST Form 101-7-TFR (5/1/2011)       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| Case No.: | 22-10182-JEB | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | BORIS EYDINOV | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1919 | Account #: | ******6619 Checking Account |
| For Period Ending: | 05/09/2024 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 934,803.20 | 934,803.20 | $0.00 |
| | | Less: Bank Transfers/CDs | | 0.00 | 313,580.38 | |
| | | Subtotal | | 934,803.20 | 621,222.82 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $934,803.20 | $621,222.82 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Form 2 — Exhibit B

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 22-10182-JEB | Trustee Name: | Mark G. DeGiacomo (410420) |
|---|---|---|---|
| Case Name: | BORIS EYDINOV | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1919 | Account #: | ******2930 Money Market Account |
| For Period Ending: | 05/09/2024 | Blanket Bond (per case limit): | $40,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/23 |  | Law office of Thomas Chulien | INCOMING WIRE FROM LAW OFFICES OF THOMAS C HULIEN PC 7190078 9 |  | 1,900,000.00 |  | 1,900,000.00 |
|  | {10} |  | Settlement $1,134,300.00 | 1241-000 |  |  |  |
|  | {8} |  | Settlement $765,700.00 | 1241-000 |  |  |  |
| 01/04/24 |  | TriState Capital Bank | December 2023 interest transferred from xxxxxx6619 | 1270-000 | 754.05 |  | 1,900,754.05 |
| 01/31/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,544.72 |  | 1,903,298.77 |
| 02/29/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,639.14 |  | 1,905,937.91 |
| 03/27/24 |  | To Account #******2930 | transfer to MM | 9999-000 | 313,580.38 |  | 2,219,518.29 |
| 03/29/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 2,900.03 |  | 2,222,418.32 |
| 04/30/24 | Int | TriState Capital Bank | Interest Posting | 1270-000 | 3,187.89 |  | 2,225,606.21 |
| 05/07/24 | 10001 | UNITED STATES TREASURY | Federal Form 1041 - February 29, 2024  38-7311919 | 2810-000 |  | ! 513,418.00 | 1,712,188.21 |
| 05/07/24 | 10002 | COMMONWEALTH OF MASSACHUSETTS | MA Form 2 - February 29, 2024 38-7311919 | 2820-000 |  | ! 103,139.00 | 1,609,049.21 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** |  | 2,225,606.21 | 616,557.00 | $1,609,049.21 |
| Less: Bank Transfers/CDs |  | 313,580.38 | 0.00 |  |
| **Subtotal** |  | 1,912,025.83 | 616,557.00 |  |
| Less: Payments to Debtors |  |  | 0.00 |  |
| **NET Receipts / Disbursements** |  | $1,912,025.83 | $616,557.00 |  |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 4

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 22-10182-JEB | **Trustee Name:** | Mark G. DeGiacomo (410420) | |
| **Case Name:** | BORIS EYDINOV | **Bank Name:** | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***1919 | **Account #:** | ******2930 Money Market Account | |
| **For Period Ending:** | 05/09/2024 | **Blanket Bond (per case limit):** | $40,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6619 Checking Account | $934,803.20 | $621,222.82 | $0.00 |
| ******2930 Money Market Account | $1,912,025.83 | $616,557.00 | $1,609,049.21 |
| | **$2,846,829.03** | **$1,237,779.82** | **$1,609,049.21** |

Printed: 05/09/24 11:01        **Exhibit C**        Page: 1
**Claims Distribution Register**

Case: 22-10182-JEB BORIS EYDINOV

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/08/24 | 200 | MURTHA CULLINA LLP<br>33 Arch Street<br>12th Floor<br>Boston, MA 02110<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 423,259.50 | $ 423,259.50 | $ 0.00 | $ 423,259.50 | $ 423,259.50 |
| | 05/08/24 | 200 | MURTHA CULLINA LLP<br>33 Arch Street<br>12th Floor<br>Boston, MA 02110<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)> | $ 18,539.64 | $ 18,539.64 | $ 0.00 | $ 18,539.64 | $ 18,539.64 |
| | 05/08/24 | 200 | VERDOLINO & LOWEY, P.C.<br>124 WASHINGTON STREET<br>FOXBORO, MA 02035<br><3410-00 Accountant for Trustee Fees (Other Firm)> | $ 3,918.00 | $ 3,918.00 | $ 0.00 | $ 3,918.00 | $ 3,918.00 |
| | 05/08/24 | 200 | VERDOLINO & LOWEY, P.C.<br>124 WASHINGTON STREET<br>FOXBORO, MA 02035<br><3420-00 Accountant for Trustee Expenses (Other Firm)> | $ 64.79 | $ 64.79 | $ 0.00 | $ 64.79 | $ 64.79 |
| FEE | 05/08/24 | 200 | Mark G. DeGiacomo<br>33 Arch Street, 12th Floor<br>Boston, MA 02110<br><2100-00 Trustee Compensation> | $ 108,654.87 | $ 108,654.87 | $ 0.00 | $ 108,654.87 | $ 108,654.87 |
| | | | Total for Priority 200:   100% Paid | $ 554,436.80 | $ 554,436.80 | $ 0.00 | $ 554,436.80 | $ 554,436.80 |
| | | | Total for Admin Ch. 7 Claims: | $ 554,436.80 | $ 554,436.80 | $ 0.00 | $ 554,436.80 | $ 554,436.80 |
| **Secured Claims:** | | | | | | | | |
| 1S | 06/24/22 | 100 | Mass. Dept. of Revenue - Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><4700-00 Real Property Tax Liens (pre-petition)> | $ 29,305.53 | $ 29,305.53 | $ 0.00 | $ 29,305.53 | $ 29,305.53 |
| 3 | 08/31/22 | 100 | Yuriy Lande and Elena Lande<br>1 Richard Road<br>Marblehead, MA 01945<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>Paid pursuant to sale of Falmouth MA property. | $ 301,500.00 | $ 363,800.00 | $ 363,800.00 | $ 0.00 | $ 0.00 |
| | | | Total for Priority 100:   100% Paid | $ 330,805.53 | $ 393,105.53 | $ 363,800.00 | $ 29,305.53 | $ 29,305.53 |
| | | | Total for Secured Claims: | $ 330,805.53 | $ 393,105.53 | $ 363,800.00 | $ 29,305.53 | $ 29,305.53 |

Printed: 05/09/24 11:01     **Exhibit C**     Page: 2
**Claims Distribution Register**

### Case: 22-10182-JEB BORIS EYDINOV

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Priority Claims:** | | | | | | | | |
| 1P | 06/24/22 | 570 | Mass. Dept. of Revenue - Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><5800-00 Claims of Governmental Units - § 507(a)(8)> | $ 3,388.95 | $ 3,388.95 | $ 0.00 | $ 3,388.95 | $ 3,388.95 |
| | | | Total for Priority 570:   100% Paid | $ 3,388.95 | $ 3,388.95 | $ 0.00 | $ 3,388.95 | $ 3,388.95 |
| | | | Total for Priority Claims: | $ 3,388.95 | $ 3,388.95 | $ 0.00 | $ 3,388.95 | $ 3,388.95 |
| **Unsecured Claims:** | | | | | | | | |
| 1U | 06/24/22 | 610 | Mass. Dept. of Revenue - Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><7100-00 General Unsecured - § 726(a)(2)> | $ 18,418.96 | $ 18,418.96 | $ 0.00 | $ 18,418.96 | $ 6,102.43 |
| 2-2 | 08/30/22 | 610 | Aleksander Sverdlov<br>Fox Rothchilds LLP c/o Erika Page<br>980 Jolly Road, Suite 101<br>Blue Bell, PA 19422<br><7100-00 General Unsecured - § 726(a)(2)><br>See Doc No. 114 Assignment of Claim Transfer Agreement | $ 2,226,053.00 | $ 2,226,053.00 | $ 0.00 | $ 2,226,053.00 | $ 737,518.72 |
| 4 | 07/29/22 | 610 | Aleksander Sverdlov<br><7100-00 General Unsecured - § 726(a)(2)><br>Amended by Claim No. 5-1<br>See Addendum Claim 4-1 Adversary filed 7/29/2022 | $ 735,758.45 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | 07/29/22 | 610 | Aleksander Sverdlov<br>Fox Rothchild LLP c/o Erika Page, Esq.<br>980 Jolly Road, Suite 101<br>Blue Bell, PA 19422<br><7100-00 General Unsecured - § 726(a)(2)><br>Amends Claim No. 4-1<br>See Addendum Claim 4-1 Adversary filed 7/29/2022 | $ 839,983.29 | $ 839,983.29 | $ 0.00 | $ 839,983.29 | $ 278,296.78 |
| | | | Total for Priority 610:   33.13123% Paid | $ 3,820,213.70 | $ 3,084,455.25 | $ 0.00 | $ 3,084,455.25 | $ 1,021,917.93 |
| 1SubU | 06/24/22 | 630 | Mass. Dept. of Revenue - Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090<br><7300-00 Fines, Penalties - § 726(a)(4)> | $ 7,352.06 | $ 7,352.06 | $ 0.00 | $ 7,352.06 | $ 0.00 |
| | | | Total for Priority 630:   0% Paid | $ 7,352.06 | $ 7,352.06 | $ 0.00 | $ 7,352.06 | $ 0.00 |
| | | | Total for Unsecured Claims: | $ 3,827,565.76 | $ 3,091,807.31 | $ 0.00 | $ 3,091,807.31 | $ 1,021,917.93 |
| | | | Total for Case: | $ 4,716,197.04 | $ 4,042,738.59 | $ 363,800.00 | $ 3,678,938.59 | $ 1,609,049.21 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-10182-JEB
Case Name: BORIS EYDINOV
Trustee Name: Mark G. DeGiacomo

**Balance on hand:** $ 1,609,049.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Mass. Dept. of Revenue - Bankruptcy Unit | 29,305.53 | 29,305.53 | 0.00 | 29,305.53 |
| 3 | Yuriy Lande and Elena Lande | 301,500.00 | 363,800.00 | 363,800.00 | 0.00 |

Total to be paid to secured creditors:   $ 29,305.53
Remaining balance:   $ 1,579,743.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark G. DeGiacomo | 108,654.87 | 0.00 | 108,654.87 |
| Attorney for Trustee Fees - MURTHA CULLINA LLP | 423,259.50 | 0.00 | 423,259.50 |
| Attorney for Trustee, Expenses - MURTHA CULLINA LLP | 18,539.64 | 0.00 | 18,539.64 |
| Accountant for Trustee Fees (Other Firm) - VERDOLINO & LOWEY, P.C. | 3,918.00 | 0.00 | 3,918.00 |
| Accountant for Trustee Expenses (Other Firm) - VERDOLINO & LOWEY, P.C. | 64.79 | 0.00 | 64.79 |

Total to be paid for chapter 7 administrative expenses:   $ 554,436.80
Remaining balance:   $ 1,025,306.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 1,025,306.88

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,388.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Mass. Dept. of Revenue - Bankruptcy Unit | 3,388.95 | 0.00 | 3,388.95 |

|  |  |  |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 3,388.95 |
| Remaining balance: | $ | 1,021,917.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,084,455.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Mass. Dept. of Revenue - Bankruptcy Unit | 18,418.96 | 0.00 | 6,102.43 |
| 2-2 | Aleksander Sverdlov | 2,226,053.00 | 0.00 | 737,518.72 |
| 4 | Aleksander Sverdlov | 0.00 | 0.00 | 0.00 |
| 5 | Aleksander Sverdlov | 839,983.29 | 0.00 | 278,296.78 |

|  |  |  |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 1,021,917.93 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

|  |  |  |
|---|---:|---:|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $7,352.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1SubU | Mass. Dept. of Revenue - Bankruptcy Unit | 7,352.06 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**