UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

BORIS EYDINOV,

Debtor.

CHAPTER 7
CASE NO. 22-10182-JEB

### ORDER APPROVING TRUSTEE'S REPORT AND
### ACCOUNT BEFORE DISTRIBUTION, REQUEST FOR COMPENSATION
### AND REPORT ON CLAIMS/PROPOSED DISTRIBUTION

   The Trustee's Final Report and Account Before Distribution and attachments thereto having come for hearing before the Court, and after hearing the comments of the trustee and counsel present at said hearing

   IT IS ORDERED that the Trustee's Final Report and Account Before Distribution is hereby APPROVED including all requests for compensation and expenses set forth therein and other attachments thereto.

Dated:

_____
Janet E. Bostwick
United States Bankruptcy Judge