CERTIFICATE OF REVIEW

The United States Trustee has reviewed the foregoing final report and account, and the attachments thereto, and has no objections to the same.

DATED:  May 29, 2024                          William K. Harrington
                                              United States Trustee, Region 1


                                              By: /s/ Timothy P. Hession
                                              Timothy P. Hession
                                              Paralegal Specialist
                                              Office of the U.S. Trustee
                                              1 Exchange Terrace, Suite 431
                                              Providence, RI 02903
                                              (401) 528-5572